JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN ROBERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAWTHORNE; et al.;<br><br>Defendants. | Case No. 2:19-cv-06913-DMG-JPRx<br><br>Honorable Dolly M. Gee<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [85]**<br><br>[FED. R. CIV. P 41(a)(1)(A)(ii)] |

Per to the stipulation by and between Plaintiff Herman Roberson and Defendant Officer Jerome Michalczak, through their respective attorneys of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: May 2, 2024

*Dolly M. Gee*
Dolly M. Gee
Chief United States District Judge

1